No. 835. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Joseph B. Levin* and *Lloyd J. Derrickson* for petitioner. *Solicitor General Griswold* and *Philip A. Loomis, Jr.,* for Securities and Exchange Commission, and *Archibald Cox* and *Stephen Ailes* for First National City Bank, respondents.

No. 843. INVESTMENT COMPANY INSTITUTE ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY, ET AL. C. A. D. C. Cir. Certiorari granted and case set for oral argument immediately following No. 835 [certiorari granted, *supra*]. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *G. Duane Vieth, James F. Fitzpatrick,* and *Robert L. Augenblick* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *C. Westbrook Murphy* for respondent Camp, and *Archibald Cox* and *Stephen Ailes* for respondent First National City Bank.

No. 1125. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted and case set for oral argument immediately following No. 1142 [*Elkanich* v. *United States,* certiorari granted, 396 U. S. 1057]. *Philip M. Haggerty* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.